# EXHIBIT 1



USA



# 2020
# Owner's Handbook &
# Warranty Information

**IMPORTANT:**

Retain this Owner's Handbook in your glovebox for reference relative to Consumer and Warranty Information.

**OWNER INFORMATION CHANGES:**

\* If you change your address or if you are the second or subsequent owner of your HYUNDAI, please complete the Owner Information Change Card in the front of this handbook.

Warranty Start Date: _____

**FOR YOUR CONVENIENCE:**

_____ Tel. _____

Your Salesperson is:

_____ Tel. _____

Your Service Manager is:

_____ Tel. _____

Your Parts Manager is:

_____

_____

**SPEEDOMETER REPLACEMENT:**

Speedometer replaced on _____ with _____ miles on the odometer.               (Date)

Dealer Code: _____ Name: _____

HYUNDAI Dealer Signature: _____

✂

# OWNER INFORMATION CHANGE CARD

If you have changed your address or if you are the second or subsequent owner of your Hyundai, please notify us immediately by completing and mailing this owner information change card to:

Hyundai Customer Care Center
Hyundai Motor America
PO Box 20850

Fountain Valley, CA 92728

**Check one:**

❏ Change of Ownership

❏ Change of Address

I no longer own this automobile as of ___/___/_____

It was:

❏ Exported          ❏ Sold

❏ Destroyed        ❏ Stolen

| Miss | Ms. | Mrs. | Mr. |
|------|-----|------|-----|
| CIRCLE | | | |

## NEW OWNER INFORMATION

LAST NAME                    FIRST                    M.I.

MAIL ADDRESS: NUMBER          STREET

APT.

CITY/TOWN                                    STATE

ZIP CODE

| | | | | - | | | | - | | | | | Home | Work | Cell |

TELEPHONE NUMBER                    CIRCLE

VEHICLE IDENTIFICATION: The VIN is located on the driver's side of the dash.

VEHICLE IDENTIFICATION NUMBER

ODOMETER READING

_____

**SIGNATURE**

1

✂

# TABLE OF CONTENTS

**OWNER INFORMATION CHANGE CARD** ........................................................................................................ **1**

**SECTION 1**  **OWNER INFORMATION** ........................................................................................................ **4**

**SECTION 2**  **HYUNDAI ROADSIDE ASSISTANCE PROGRAM** ......................................................... **6**

**SECTION 3**  **CONSUMER INFORMATION (A)  HYUNDAI'S CONSUMER ASSISTANCE PROCESS** ............................ **9**

                                               **(B)  ALTERNATIVE DISPUTE RESOLUTION (BBB AUTOLINE)** ................ **10**

**SECTION 4**  **HYUNDAI WARRANTY INFORMATION** .................................................................... **12**

             ALTERNATIVE DISPUTE RESOLUTION .............................................................................. 13

             BINDING ARBITRATION FOR CALIFORNIA VEHICLES ONLY ............................................ 13

             HYUNDAI SUMMARY OF WARRANTY COVERAGE ........................................................ 15

\* SECTION 5  HYUNDAI NEW VEHICLE LIMITED WARRANTY ............................................................ 16

\* SECTION 6  HYUNDAI HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM WARRANTY .............................. 22

\* SECTION 7  HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER) ............................. 24

\* SECTION 8  HYUNDAI ANTI-PERFORATION LIMITED WARRANTY ................................................... 26

\* SECTION 9  FEDERAL EMISSION DEFECT WARRANTY ..................................................................... 28

\* SECTION 10  FEDERAL EMISSION PERFORMANCE WARRANTY ......................................................... 30

             5 YEAR / 60,000 MILE EMISSION WARRANTY PARTS - FEDERAL VEHICLE ...................... 32

\* SECTION 11  CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY ............................................. 37

             EMISSION CONTROL SYSTEMS WARRANTY - CALIFORNIA VEHICLE ............................... 40

\* SECTION 12  REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY ................................. 45

**MAINTENANCE RECORD** ........................................................................................................................ **48**

**\* FOR ROADSIDE ASSISTANCE CALL 1-800-243-7766 (See page 6 for details)**

## HYUNDAI VEHICLE OWNER PRIVACY POLICY

Your Hyundai vehicle may be equipped with technologies and services that use information collected, generated, recorded or stored by the vehicle. Hyundai has created a Vehicle Owner Privacy Policy to explain how these technologies and services collect, use, and share this information.

You may read our Vehicle Owner Privacy Policy on the HyundaiUSA. com website at: https://www.hyundaiusa.com/owner-privacy-policy. aspx. If you would like to receive a hard copy of our Vehicle Owner Privacy Policy, please contact our Customer Care Center at:
Hyundai Motor America/Customer Care Center
P.O. Box 20850
Fountain Valley, CA 92728
1-800-633-5151
consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Care assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST.

## GENERAL INFORMATION

This handbook describes the consumer information and warranties relating to your new Hyundai vehicle.

Please read this handbook carefully to familiarize yourself with the type of service which you are entitled to under each of the warranties applicable to your new Hyundai vehicle.

To familiarize yourself with your new Hyundai vehicle and to ensure correct operation and maintenance of your vehicle, we suggest you also review the maintenance requirements and operational features described in the Hyundai Owner's Manual.

**PRE-DELIVERY INSPECTION**

To ensure your satisfaction and long term enjoyment of your new Hyundai vehicle, your selling dealership has inspected and conditioned your vehicle to Hyundai's recommended inspection and pre-delivery procedure standards.

**PERIODIC INSPECTION AND MAINTENANCE**

Regular inspection and maintenance by skilled Hyundai technicians are the key to more efficient operation of the vehicle. This inspection and maintenance must be carried out in accordance with the recommendations given in the Hyundai Owner's Manual.

## HYUNDAI ROADSIDE ASSISTANCE PROGRAM

The Hyundai Roadside Assistance Program reflects Hyundai's commitment to your complete satisfaction with the Hyundai ownership experience. It is available to you in all 50 states and Canada, 24 hours a day, 365 days a year.

## 60 MONTHS/UNLIMITED MILES COVERAGE

Roadside Assistance is provided on all new 2020 model Hyundai vehicles from the date the vehicle is delivered to the first retail buyer or otherwise put into use (in-service date), whichever is earlier, for a period of 60 months/unlimited miles.

## TO RECEIVE ASSISTANCE CALL 1-800-243-7766

A toll-free call to the Hyundai Roadside Assistance line will provide you with assistance for various Roadside Events. See "Coverage" section for details on program coverage. To receive Roadside Assistance, call the Hyundai Roadside Assistance Program phone number, and provide a representative with the following:

o   Your Name
o   Vehicle Identification Number (VIN) located on the driver's side dashboard
o   Vehicle Mileage
o   Vehicle Location
o   Description of your vehicle's problem

## COVERAGE

The Hyundai Roadside Assistance Program provides you with the following services:

o National Hyundai Dealership Locator Service provides you with the location or phone number of Hyundai Dealerships or Authorized Service Facilities in the United States.

o Roadside Events are defined as either:

  1. Towing: Transport for your vehicle to the nearest Hyundai Dealership or Authorized Service Facility, in the unlikely event your vehicle is inoperable, or

  2. Roadside Services:

    - Dead Battery/Jump Start

    - Flat Tire Change

      (except vehicles that have been supplied with the Tire Mobility Kit instead of a spare tire)

    - Lock Out Service (keys locked in car)

    - Gas Delivery (up to three gallons, where permissible, at no charge when you run out)

o If your vehicle has been diagnosed by Hyundai Dealership or Authorized Service Facility and if the reason for the disablement is a warrantable issue, please contact the Hyundai Customer Care Center toll free number at 1-800-633-5151 to request reimbursement.

o Examples of non-warranty related tows would include accidents or any other tow incident that is not the result of a defect in materials or workmanship.

o Trip Interruption Benefit: In the event a warrantable mechanical disablement occurs more than 150 miles away from home, and your vehicle is disabled overnight due to a repair in process, Hyundai Roadside Assistance will reimburse you for reasonable expenses for meals, lodging, or alternate transportation. Trip Interruption Benefit is limited to $100 per day, subject to a three-day maximum limit per incident.

o Incidental or Consequential Damages associated with a vehicle failure, including without limitation loss of time; inconvenience; cost of transportation; telephone calls and lodging; loss of personal or commercial property; loss of pay or revenue; and loss of use of the vehicle, are not covered under this Program.

## EXCLUSIONS

Roadside Assistance is not available for off-road conditions, or conditions manifesting themselves off-road. To receive service, the vehicle must be accessible from a publicly maintained road.

Roadside Assistance is not an Authorized Service Facility and is NOT A WARRANTY. For a description of the warranty covering your 2020 Hyundai, see the Hyundai New Vehicle Limited Warranty Section of this Owner's Handbook. Roadside Assistance is a limited service, provided to you to help minimize any unforeseen vehicle operation inconvenience.

The Hyundai Roadside Assistance Program does not include reimbursement for any costs/charges for repairs, parts, labor, property loss or any other expense incurred as a result of accident/collision, vehicle abuse, racing, vandalism or other items not covered by the Hyundai New Vehicle Limited Warranty. Also excluded are services for snow tires, repair to studs, mounting or demounting of snow chains, and any fines, fees or taxes associated with impound towing as a result of any actual or alleged violation of any law or regulation.

Hyundai Motor America (HMA) reserves the right to limit services or reimbursement to any owner or driver when, in Hyundai Motor America's judgment, the claims are excessive in frequency or type of occurrence.

## HYUNDAI'S CONSUMER ASSISTANCE PROCESS

Hyundai is dedicated to achieving the highest level of consumer satisfaction with our product through quality design and workmanship and customer service. Your Hyundai dealership is in the best position to assist you with your sales, service or parts needs.

In the event you have a concern with your vehicle, being able to provide the information below will be helpful in seeking assistance:

- Name and address
- Vehicle model and model year
- Date of purchase
- Vehicle Identification Number
  (a 17-Digit number found on driver's side dashboard)
- Current mileage
- Selling and servicing dealership
- Service history of your vehicle
- Brief description of concern
- Day/evening telephone number
- What you are seeking

We recommend you use the following steps to resolve your vehicle's performance or servicing concerns:

1) First, speak to the Service Advisor at the dealership. This person is in the best position to respond to your concerns.

2) Should you require additional assistance, speak with the Service Manager or General Manager at the dealership.

3) After consulting with your dealership, if you feel additional clarification or help is needed, write or call our Customer Care Center:

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
**1-800-633-5151**
Consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Center assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST. They are prepared to answer any questions regarding your Hyundai, and may also provide assistance in getting your concern resolved through the dealership.

**ALTERNATIVE DISPUTE RESOLUTION**

Hyundai Motor America's internal consumer assistance process will make every effort to resolve every customer concern in a satisfactory manner. We realize, however, that mutual agreement on some issues may not be possible. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai Motor America provides an Alternative Dispute Resolution (arbitration) program. Hyundai offers the program through:

> BBB AUTO LINE
> Alternative Dispute Resolution Division
> Council of Better Business Bureaus, Inc.
> 3033 Wilson Boulevard, Suite 600
> Arlington, Virginia 22201
> 1-800-955-5100
> www.bbb.org/autoline/

This service is provided at no cost to you and is part of Hyundai's effort to provide you with an impartial third-party organization to equitably resolve your concerns.

AUTO LINE will perform arbitration services on disputes involving Hyundai vehicles with an alleged nonconformity, defect, or deficient warranty performance, as may be required by state or federal law. NOTE: If your state law requires written notification to the manufacturer please write:

> HYUNDAI MOTOR AMERICA
> Hyundai Customer Care Center
> PO Box 20850
> Fountain Valley, CA 92728
> Consumeraffairs@hmausa.com

To begin the Alternative Dispute Resolution (arbitration) process, simply call the Council of Better Business Bureaus at 1-800-955-5100 and you will be sent a Customer Claim Form, along with a handbook describing how BBB AUTO LINE works. Time, mileage and other limitations may apply.

If you wish to use the BBB AUTOLINE program and you qualify for participation, you will be required to provide the following information:
- Your name and address;
- The Vehicle Identification Number;
- True make, model, & year of your vehicle; and
- A description of the problem with your vehicle.

BBB AUTOLINE may also ask you for other information that may help to resolve your concerns, such as the purchase price of the vehicle, the mileage at the time of purchase, the current mileage and copies of repair orders.

Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

IMPORTANT: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so.

A decision should be rendered within 40 days of AUTO LINE's receipt of your properly completed Customer Claim Form. BBB will send you a copy of the arbitrator's decision and if you accept the decision, all parties must comply with the decision within the time limits (performance date) set by the arbitrator.
Approximately two weeks after the "performance date", BBB will contact the consumer to verify that the arbitrator's decision has been completed.

AUTO LINE's decisions do not include attorney's fees, civil penalties, punitive damages, multiple damages or consequential damages other than incidental damages which you may be entitled to under law.

If you reject the decision of the arbitrator you may pursue other legal remedies under state or federal law; the company will not be obligated to perform any part of the decision. Depending on federal or state law, the decision may or may not be introduced as evidence by the consumer or the company in any civil court action relating to any matter that has been resolved in your arbitration hearing, and BBB involvement in the case will end as well.

**Important: Please refer to the first page of the Hyundai New Vehicle Limited Warranty section of this Owner's handbook for additional important information regarding alternative dispute resolution and other legal remedies available to you.**

# *Hyundai Warranty Information*

## ALTERNATIVE DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described under the "Consumer Information" section of this handbook. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai provides an Alternative Dispute Resolution program that is offered through:

BBB AUTO LINE
Alternative Dispute Resolution Division
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201
1-800-955-5100

Important: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so. Please consult the "Consumer Information" section of this handbook and the Owner's Handbook Supplement for more information about the BBB AUTO LINE program. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

## BINDING ARBITRATION FOR CALIFORNIA VEHICLES ONLY

### PLEASE READ THIS SECTION IN ITS ENTIRETY AS IT AFFECTS YOUR RIGHTS

If you purchased or leased your Hyundai vehicle in the State of California, you and we each agree that any claim or disputes between us (including between you and any of our affiliated companies) related to or arising out of your vehicle purchase, use of your vehicle, the vehicle warranty, representations in the warranty, or the duties contemplated under the warranty, including without limitation claims related to the failure to conform a vehicle to warranty, failure to repurchase or replace your vehicle, or claims for a refund or partial refund of your vehicle's purchase price (excluding personal injury claims), shall be resolved by binding arbitration at either your or our election, even if the claim is initially filed in a court of law. If either you or we elect to resolve our dispute via arbitration (as opposed to in a court of law), such binding arbitration shall be administered by and through JAMS Mediation, Arbitration and ADR Services (JAMS) under its Streamlined Arbitration Rules & Procedures.

We will pay all JAMS fees for any arbitration except for the initial filing fee of $250. The arbitration will be held in the city or county of your residence. To learn more about arbitration, including how to commence arbitration, you may call any JAMS office or go to www.jamsadr.org.

This agreement to arbitrate is intended to be broadly interpreted and to make all disputes and claims between us (including our affiliated companies) relating to or arising out of your vehicle purchase, use of your vehicle, or the vehicle warranty subject to arbitration to the maximum extent permitted by law.

In any arbitration, the arbitrator shall be bound by the terms of this agreement and shall follow the applicable law. The arbitrator shall not have the power to commit manifest errors of law, and any award rendered by the arbitrator that employs a manifest error of law may be vacated or corrected by a court of competent jurisdiction for such error. The arbitrator may only resolve disputes between you and us and may not consolidate claims without the consent of all parties. The arbitrator cannot hear class or representative claims or requests for relief on behalf of others purchasing or leasing Hyundai Motor America vehicles as permitted by law. In other words, you and we may bring claims against the other only in your or our individual capacity, and not as a plaintiff or class member in any class or representative action to the maximum extent permitted by law. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief, then that claim (and only that claim ) must be brought in court and must be stayed pending arbitration of the arbitrable claims. If arbitration is elected by either party, the parties collectively agree that they waive their right to a jury trial. In no events shall class arbitration be permitted.

Notwithstanding the above, you may file a lawsuit in small claims court for any claims that otherwise require binding arbitration. This agreement evidences a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. Judgment upon any award in arbitration may be entered in any court having jurisdiction.

**IF YOU PURCHASED OR LEASED YOUR VEHICLE IN CALIFORNIA, YOUR WARRANTY IS MADE SUBJECT TO THE TERMS OF THIS BINDING ARBITRATION PROVISION. BY ACCEPTING BENEFITS UNDER THIS WARRANTY, INCLUDING HAVING ANY REPAIRS PERFORMED UNDER WARRANTY, YOU AGREE TO BE**

**BOUND BY THESE TERMS. IF YOU DO NOT AGREE WITH THESE TERMS, PLEASE CONTACT US AT OPT-OUT@HMAUSA.COM WITHIN THIRTY (30) DAYS OF YOUR PURCHASE OR LEASE TO OPT-OUT OF THIS ARBITRATION PROVISION.**

# HYUNDAI SUMMARY OF WARRANTY COVERAGE

| | YEARS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| New Vehicle | 5 years/60,000 miles | | | | | | | | | |
| • Adjustments | 1 year/12,000 miles | | | | | | | | | |
| • Air Conditioner Refrigerant Charge | 1 year/UNLIMITED MILEAGE | | | | | | | | | |
| • Paint | 3 years/36,000 miles | | | | | | | | | |
| • Radio, Navigation System, Bluetooth | 5 years/60,000 miles | | | | | | | | | |
| • 12V Battery | 3 years/36,000 miles | | | | | | | | | |
| Hybrid, Plug-in Hybrid, and Electric Vehicle System | 10 years/100,000 miles | | | | | | | | | |
| Powertrain ① | 5 years/60,000 miles | | | | | 10 years/100,000 miles (ORIGINAL OWNER) | | | | |
| Anti - Perforation | 7 years/UNLIMITED MILEAGE | | | | | | | | | |
| Emissions - Federal | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions - Federal Specific Components ② | 8 years/80,000 miles | | | | | | | | | |
| Emissions - California | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions - California Specific Components ③ | 8 years/80,000 miles OR 7 years/70,000 miles | | | | | | | | | |
| Replacement Parts | 1 year/12,000 miles | | | | | | | | | |
| Accessories ④ | 1 year/UNLIMITED MILEAGE | | | | | | | | | |

① Original Owner 10 Years/100,000 Miles, Subsequent Owner(s) 5 Years/60,000 Miles
② Specific components, see "Federal Emission Warranty Parts," NOTE1, page 32
③ Specific components, see "California Emission Warranty Parts," NOTE1 and NOTE3, page 40
④ Accessory may also be covered by a separate mfr. warranty after the HMA Warranty expires.

15

**WARRANTOR**

Hyundai Motor America (HMA) warrants your new 2020 Hyundai vehicle pursuant to the limited warranties described in this Owner's Handbook.

**LIMITATIONS**

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties, except where the duration of implied warranties is limited by state law, in which case the state law duration limit shall apply. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

These stated warranties give you specific legal rights. You may have other rights, which vary from state to state depending upon applicable state law.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**WARRANTY TRANSFERABILITY**

The New Vehicle Limited, Anti-Perforation Limited, Federal Emission Performance, Federal Emission Design and Defect, California Emission Control Systems, and Replacement Parts and Accessories Limited warranty coverage described in this handbook apply to the vehicle regardless of a change in ownership, and are transferable to subsequent owners.

The 10 years/100,000 miles Powertrain Limited Warranty is not transferable and applies only to the original owner, as defined under "Original Owner" included in the Powertrain Limited Warranty (Original Owner) section of this Owner's Handbook.

**WARRANTY JURISDICTION**

These warranties apply to vehicles manufactured to United States-specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C. Vehicles manufactured to other than United States-specifications, distributed by other than HMA, or registered and normally operated outside the 50 United States and Washington, D.C., are entitled to warranty service on the basis of the warranty applicable to such other distributing country.

**JUDGMENT OF ALL WARRANTY MATTERS**

Hyundai Motor America reserves the right to furnish the final decisions in all warranty matters.

## WHAT IS COVERED

Repair or replacement of any component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Manufacturing Mexico (KMM), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai Dealership or Authorized Service Facility is covered when the vehicle is inoperable due to a warrantable defect. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The warranty period is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

## BATTERY ✳

An original equipment battery found to be defective in material or workmanship will be covered for the first 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first.

✳ The battery specified in the paragraph above refers to the standard 12 Volt battery and not the Hybrid Battery, Plug-in Hybrid Battery nor the Electric Vehicle Battery which is covered under separate warranty requirements.

## ADJUSTMENTS

Most service adjustments required as a result of a manufacturing deficiency are covered for the first year or 12,000 miles, whichever occurs first. Thereafter, all adjustments will be considered owner maintenance responsibility.

## AIR CONDITIONER REFRIGERANT CHARGE

Air conditioner refrigerant charge is covered for the first year from the date of original retail delivery or date of first use with no mileage limitation, unless the refrigerant charge is done as part of a warrantable repair.

## RADIO AND SOUND SYSTEMS

An equipment radio, Bluetooth, and Navigation System are covered for the first 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

## PAINT

Paint repairs are covered for the first 3 years from the date of original retail delivery or date of first use or 36,000 miles, whichever occurs first.

Some minor cosmetic imperfections that are visible at delivery are covered for 1 year from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first.

## OWNER'S RESPONSIBILITIES AND OBLIGATIONS

* Proper use, maintenance and care of your vehicle in accordance with the instructions contained in this handbook and in the Hyundai Owner's Manual.

* Retain maintenance service records. It may be necessary for you to show that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Deliver the vehicle during regular service business hours to any authorized Hyundai Dealership to obtain warranty service.
* Check for trim, paint or other appearance concerns at the time the new vehicle is delivered.

## WHAT IS NOT COVERED

* Normal maintenance services such as: cleaning & polishing, engine tune-ups, after polishing, minor adjustments, lubrication, oil/fluid changes, filters, anti-freeze coolant replenishment, wheel alignment and tire rotation, unless such services are performed as part of a covered warrantable repair.
* Normal maintenance items (#) are warranted in normal service, only when the replacement is the result of a defect in material or factory workmanship, for 12 months from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first, or up to the first scheduled maintenance replacement interval (# - such as belts, brake pads and linings, clutch linings, filters, wiper blades and all bulbs, except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first).

* Normal deterioration or wear of any part, including
  - Spark plugs
  - Worn brake pads/linings
  - Worn clutch linings
  - Filters
  - Worn wiper blades
  - Bulbs and fuses (except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first)
  - Other wear and consumable items
* Any vehicle where the odometer mileage has been altered.
* Any vehicle that has ever been declared a total loss, scrapped, or issued a "salvage" or similar title or certificate under any applicable law. This includes but is not limited to vehicles which are currently or were previously titled as "scrap," "rebuilt," or "dismantled".
* Damage or failure resulting directly or indirectly from any of the following:
  - Negligence of proper maintenance as required in the Hyundai Owner's Manual.
  - Misuse, abuse, accident, theft, water/flooding or fire.
  - Use of improper or insufficient fuel, fluids or lubricants.
  - Use of parts other than Hyundai Genuine Parts, or parts of non-equivalent quality and design.
  - Any device and/or accessories not supplied by Hyundai.
  - Modifications, alterations, tampering or improper repair.

- Parts or accessories used in applications for which they were not designed or not approved by HMA.
- Water contamination
- Slight irregularities not recognized as affecting quality or function of the vehicle or parts, such as slight noise or vibration, or items considered characteristic of the vehicle.
- Tires (See separate tire manufacturer's warranty).
- Airborne "fallout", industrial fall-out, acid rain, salt, tree sap, hail and wind storms, or other Acts of God or environmental conditions.
- Paint scratches, dents, or similar paint or body damage.
- Action of road elements (sand, gravel, dust or road debris) which result in stone chipping of paint and glass.
- Rodents or any other damage not resulting from defects in materials or workmanship.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**OBTAINING WARRANTY SERVICE**

Warranty service will be provided by an authorized Hyundai Dealership without charge for parts or labor. This warranty will not apply to warranty service performed by those other than an authorized Hyundai Dealership.

**TIRE INFORMATION**

Tires originally equipped on Hyundai vehicles are warranted directly by the tire manufacturer.

In the event that you need assistance in locating an authorized tire dealership, please contact your authorized Hyundai Dealership, or the Hyundai Customer Care Center.

## WHAT IS COVERED

Repair or replacement of HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG), Kia Manufacturing Mexico (KMM) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai Dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The Warranty period for the following HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM components is limited to 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

\* The Lithium-Ion Polymer Battery ("EV Battery") warranty covers any warrantable repairs that occur during the warranty coverage period. If your battery requires warranty service and if possible the EV battery components will be repaired or replaced and the original EV Battery will be returned to the vehicle.

If necessary, the EV Battery will be replaced with either a new or refurbished Lithium-Ion Polymer Battery.

Any repair or replacement made under this Lithium-Ion Polymer Battery Capacity Coverage will maintain at least equal energy capacity to the original Battery before the failure occurred but no less than 70% of the original battery capacity.

Despite the breadth of this warranty, damage resulting from intentional actions (including intentionally abusing or destroying your vehicle or ignoring active vehicle warnings), a collision or accident or the servicing or opening of the Battery by non-authorized personnel, is not covered under this Battery Limited Warranty.

Damage to the Battery resulting from the following activities is also not covered under this EV Battery Limited Warranty:

o Physically damaging the Battery, or intentionally attempting either by physical means, programming, or other methods, to extend (other than as specified in your owner documentation) or reduce the life of the Battery.

o Exposing the Battery to direct flame.

o Flooding of the Battery

The battery like all lithium-ion batteries will experience gradual energy or power loss with time and use. Loss of Battery capacity or power over time or due to or resulting from Battery usage is covered not to degrade more than 70% of the original battery capacity under this Battery Limited Warranty. See your owner documentation for important information on how to maximize the life and capacity of the Battery.

Note: For California Emissions Vehicles certified as a transitional zero-emission vehicles, (TZEV), the Plug-in Hybrid Battery is covered for 10 years from the date of original retail delivery or date of first use, or 150,000 miles, whichever occurs first.

## HYBRID, PLUG-IN HYBRID, AND ELECTRIC VEHICLE SYSTEM

High Voltage Battery, along with the following Hybrid, Plug-in Hybrid, and Electric Vehicle -Specific components that are directly attached to or integral to operation of the High Voltage Battery; Battery Management System; Blower Assembly; Electronic Air Compressor; Power Relay Assembly; Hybrid Starter & Generator; Traction Motor including housing case; Hybrid Power Control Unit; OBC; Electric Power Control unit.

## OWNER'S RESPONSIBILITIES

Your responsibilities are the same as those described in Hyundai New Vehicle Limited Warranty.

## WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

The High Voltage Battery will experience gradual energy or power loss with time and use. Loss of battery energy or power over time or due to or resulting from battery usage, is NOT covered under this Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty. And Damage to the Battery resulting from the following activities is also not covered under this Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty:

o  Physically damaging the battery, or intentionally attempting, either by physical means, programming, or other methods, to extend (other than as specified in the Owner's Manual provided with the Vehicle at the time of first retail purchase) or reduce the life of the battery;

o  Exposing the battery to direct flame ("such as a result of any body repairs".)

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

## WHAT IS COVERED

Repair or replacement of powertrain components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG), Kia Manufacturing Mexico (KMM) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

For original owners only, this Powertrain Limited Warranty will begin upon expiration of the 5 years/60,000 miles New Vehicle Limited Warranty, and will continue to cover the Engine and Transmission/ Transaxle powertrain components listed on the following page up to 10 years from the date of original delivery or the date of first use, or 100,000 miles, whichever occurs first. The Powertrain Limited Warranty is not transferable to any subsequent owner. For subsequent owners, powertrain components are covered under the New Vehicle Limited Warranty for 5 years/60,000 miles, whichever occurs first.

The Powertrain Limited Warranty excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

## ENGINE

Cylinder block/head and all internal parts, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger.

## TRANSMISSION/TRANSAXLE

Case and all internal parts, axle shafts (front/rear), constant velocity joints, front/rear hub bearings, propeller shafts, seals and gaskets, torque converter and converter housing and clutch cover and housing, transfer case, and rear differential for Hyundai vehicles.

## WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

## ORIGINAL OWNER

Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. If the vehicle was first placed in service as a lease vehicle, and the lessee purchases the vehicle at the end of the lease, the 10 years/100,000 miles Powertrain Limited Warranty remains in effect.

If the vehicle was first placed in service as a Hyundai Motor America (HMA) Manager Demonstrator Vehicle, or Hyundai Service Loan Car, the original (first) retail purchaser of the vehicle is considered the original owner, and the 10 years/ 100,000 miles Powertrain Limited Warranty remains in effect, though the date of first use is the date the vehicle was placed in service as an HMA Manager Demonstrator Vehicle or a Hyundai Service Loan Car. This warranty is not transferable to any subsequent owner. Subsequent owners have powertrain components covered under the 5 years/60,000 miles Hyundai New Vehicle Limited Warranty. The 10 years/100,000 miles Powertrain Limited Warranty also excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

## WHAT IS COVERED

Any Hyundai vehicle body sheet metal found, under normal use, to have developed a perforation (rust hole through the body panel) from corrosion due to defects in material or factory workmanship.

## WARRANTY PERIOD

7 years/unlimited mileage from the date of original retail delivery or date of first use.

## OWNER'S RESPONSIBILITIES AND OBLIGATIONS

Your responsibilities are the same as those described in the Hyundai New Vehicle Limited Warranty with the exception of one additional requirement:

* Retain any body repair records. It may be necessary for you to show that the required anti-corrosion material has been applied to any previously replaced or repaired body components.

## WHAT IS NOT COVERED

* Exhaust system components.
* Corrosion of any part of the vehicle other than body panels.
* Corrosion of body panels that have been previously repaired or refinished from the original factory finish after the date of retail sale, except for body panels repaired under this Anti-Perforation Limited Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.
* Corrosion of any body panel replaced after the date of retail sale, except panels replaced under this Anti-Perforation Limited Warranty.
* Corrosion other than perforation. Cosmetic or surface corrosion due to defects in material or factory workmanship is covered under Paint Coverage for 36 months or 36,000 miles, whichever occurs first.
* Corrosion of the exterior surface of the underbody panels such as floor pan.

* Corrosion resulting from: misuse, accident or fire, stone chipping, airborne "fallout", industrial and/or chemical fallout, acid rain, tree sap, hail, wind storm, flood, or other Acts of God.
* Corrosion caused by lack of proper maintenance, misuse, or abuse.
* Matching of paint. Painting of the entire vehicle for matching of paint is not covered. Painting of the replaced or repaired panel to match the vehicle's original finish is to be decided by HMA on a case by case basis.
* The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding perforation defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

## FEDERAL EMISSION CONTROL WARRANTY STATEMENT

In accordance with the Federal Clean Air Act, as amended, Hyundai Motor America (HMA) warrants to the original and each subsequent owner of each new 2020 Hyundai vehicle that the vehicle: (1) was designed, built and equipped to conform at the time of sale to applicable federal regulations and (2) is free from defects in material and workmanship at the time of sale which would cause the vehicle to fail to conform with such regulations for a period of 5 years from the date of original retail delivery or date of first use or 60,000 miles, whichever occurs first, or up to first required scheduled maintenance, whichever occurs first. Additionally, certain major emissions control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. Any part of this vehicle covered under this warranty which proves to be defective will be repaired or replaced by an authorized Hyundai dealership using new or remanufactured Hyundai Genuine Parts. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners. Failures, other than those resulting from defects in material or workmanship, which arise solely as a result of owner abuse and/or lack of proper maintenance, are not covered by the warranty.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

## WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

## WHAT IS COVERED

The primary components covered are listed on the following "5 Years/60,000 Miles Federal Emission Warranty Parts List" and "8 Years/80,000 Miles Federal Emission Warranty Parts List."

Some items require scheduled replacement as part of the scheduled maintenance of the vehicles. Replacement of these items is warranted in normal service up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Hyundai Owner's Manual and its Scheduled Maintenance Section).

**SECTION 9**

## WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

## WHAT IS COVERED

Some states and local jurisdictions have established periodic vehicle inspection and maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an I/M program in your area has U.S. Environmental Protection Agency (EPA) approval, you may be eligible for HMA's performance warranty coverage under the following conditions:

1. The vehicle has been maintained and operated in accordance with the scheduled maintenance instructions described in the Hyundai Owner's Manual provided with your vehicle.

2. The vehicle fails to conform during the warranty period to the applicable emission standards as determined by an emissions test approved by the Environmental Protection Agency (EPA).

3. The failure to conform results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, such as denial of the right to operate or use the vehicle or a fine under local, state or federal law.

If all of the above conditions are met, HMA warrants that any authorized Hyundai Dealership will replace, repair or adjust to Hyundai's specifications, at "NO CHARGE", any of the components listed on the following Federal Emission Warranty Parts chart, which may be necessary to cause your vehicle to conform to the applicable federal emission standards.

## WARRANTY PERIOD

This warranty is effective for 5 years from the date of original retail delivery or if the vehicle is first placed in service as a "demonstrator" or "Company" car prior to delivery, on the date it is first placed in service, or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first. Additionally, certain major emission control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners.

Note:

Federal Emission Warranty

The Federal government requires minimum emission warranty coverage for the first 2 years or 24,000 miles of vehicle use, with coverage for the first 8 years or 80,000 miles for the exhaust manifold assembly, the catalytic converters, the electronic engine control module, and the onboard emissions diagnostic device.

Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and provides 8 years or 80,000 miles coverage on the specific components noted.

## EMISSION WARRANTY PARTS LIST

Some items require scheduled replacement and are warranted up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance section in the Hyundai Owner's Manual). The following is a listing of Emission Parts covered under the emission warranties. For more details about the specific parts that are covered by the Federal Emission Defect Warranty, contact your dealership. If failure of one of the following components results in failure of any other vehicle part, both parts will be covered by the Federal Emission Performance Warranty.

- 8 YEARS/80,000 MILES FEDERAL EMISSION DESIGN AND DEFECT WARRANTY PARTS LIST

If the vehicle has been in use more than 60 months from the date of original delivery or date of first use, or 60,000 miles but less than 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first, the following major emissions control components will be covered up to 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first.

Catalytic Converter
Engine Control Module (includes Onboard Emission Diagnostic Device)
Exhaust Manifold Catalytic Assembly

**Air Induction System**
  Air Cleaner Assembly
  Intake Manifold
  Surge Tank
  Turbocharger Assembly
  Intercooler Assembly
  EGR Cooler
  EGR Valve
  Map Sensor Assembly
  Active Air Flap & Duct Assembly
  EHRS Assembly
  EHRS WTR Hose & Tube
**Fuel Metering System**
  Coolant Temperature Sensor
  Air Flow Sensor
  Fuel Injectors
  Fuel Pump
  High Pressure Pump (GDI)
  HIGH Pressure Sensor
  Throttle Body
  Throttle Position Sensor
  Oxygen Sensor
  Engine Control Module  *8/80: All vehicles*
  Knock Sensor
  Fuel Pressure Regulator
**Ignition System**
  Spark Plugs and Ignition Wires
  Camshaft Position Sensor
  Crankshaft Position Sensor
  Ignition Coil Assembly
**Catalyst and Exhaust System**
  Exhaust Manifold Catalytic Assembly  *8/80: All vehicles*
  Exhaust Manifold
  Catalytic Converter Assembly  *8/80: All vehicles*
**Positive Crankcase Ventilation System**
  PCV Valve and Hose

**Valve Timing System**
  Cylinder Head Assembly
  Intake Valve
  Exhaust Valve
  Intake Camshaft Assembly
  Exhaust Camshaft Assembly
  Intake CVVT Assembly
  Exhaust CVVT Assembly
  Intake Oil Control Valve
  Exhaust Oil Control Valve
**Auto Transmission System**
  Transmission Control Unit
  Auto Transmission Fluid Warmer
**Evaporative Control System**
  Canister Assembly
  Canister Close Valve
  Purge Control Valve
  Fuel Tank
  Fuel Tank Pressure Sensor
  Fuel Filler Cap
  ORVR (Vent) Valve
  Rollover (Cut) Valve
  Thermostat Assembly
  Breather Hose Assembly
  Warmer Water Valve
**Charging System**
  Alternator
  Battery Sensor
  OAD
**Miscellaneous Items Used In Above Systems**
  Hoses, clamps, gasket or seals
  Wires, harnesses, connectors
  All sensors (switches, solenoids, valves) associated with the ECM
**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**  *8/80: All Vehicles*
  Malfunction Indicator Light and Bulb
  Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*

**NOTE1 :** Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first under the Federal Emission Warranty
**NOTE2 :** Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first
(See Hyundai Owner's Manual for required scheduled maintenance).
**NOTE3 :** Warranty coverage for the Hybrid, Plug-in Hybrid, and Electric Vehicle  System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid, Plug-in Hybrid, and Electric Vehicle  System  Warranty.

**WHAT IS NOT COVERED BY THESE EMISSION WARRANTIES**

THE FEDERAL EMISSION DEFECT WARRANTY AND THE FEDERAL EMISSION PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Normal maintenance service (such as filters).
- Malfunctions in any part directly caused by misuse, modification, improper adjustment, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline or contaminated fuel.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by using non-Hyundai parts, non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately prove to be defective in material or workmanship, or not equivalent from an emission control standpoint to the original equipment part.

- INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE regarding emission systems defects are limited to the duration of these emission system warranties. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding these warranties may not apply to you.

**OWNER'S RESPONSIBILITY AND OBLIGATION**

It is the owner's obligation to properly maintain and use the vehicle in accordance with Hyundai's written instructions in the Hyundai Owner's Manual. Failures caused by inadequate or improper maintenance are not covered by the warranty. To help resolve questions as to whether the proper vehicle maintenance has been performed, must the owner retain all maintenance service records and receipts indicating that service has been performed on the vehicle.

## REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new or remanufactured Hyundai Genuine Parts.

THE WARRANTY OBLIGATIONS ARE NOT DEPENDENT UPON THE USE OF ANY PARTICULAR BRAND OF REPLACEMENT PARTS. THE OWNER MAY ELECT TO USE NON-GENUINE HYUNDAI PARTS FOR REPLACEMENT PURPOSES. THE USE OF REPLACEMENT PARTS WHICH ARE NOT EQUIVALENT MAY IMPAIR THE EFFECTIVENESS OF THE EMISSION CONTROL SYSTEM.

If other than Hyundai Genuine Parts are used for maintenance replacements or for the repair of components affecting emission control, the owner should determine that such parts are warranted by their manufacturer to be equivalent to Hyundai Genuine Parts in performance and durability.

"New or Remanufactured Hyundai Genuine Parts" when used in connection with Hyundai vehicles, means parts manufactured by or approved by Hyundai, designed for use on Hyundai vehicles and distributed by HMA.

## MAINTENANCE SERVICE

MAINTENANCE, REPLACEMENT OR REPAIR OF THE EMISSION CONTROL DEVICES AND SYSTEMS MAY BE PERFORMED BY ANY QUALIFIED AUTOMOTIVE REPAIR ESTABLISHMENT OR INDIVIDUAL USING ANY PART CERTIFIED PURSUANT TO APPLICABLE EMISSION REGULATIONS:
HOWEVER, WARRANTY SERVICE MUST BE PERFORMED BY AN AUTHORIZED HMA DEALERSHIP.

Claims under the Federal Emission Performance Warranty may not be denied due to the failure of a properly installed certified non-Hyundai Genuine Part.

Claims may be denied on the basis of an uncertified replacement part used in the maintenance or repair of a vehicle if Hyundai presents evidence that the uncertified replacement part is either defective in materials or workmanship or not equivalent from an emission standpoint to the original equipment part and the vehicle owner is unable to rebut the evidence.

Receipts covering the performance of maintenance service should be retained in the event questions arise concerning maintenance. These receipts should be transferred to each subsequent owner of this vehicle. HMA reserves the right to deny warranty coverage if the vehicle has not been properly maintained. However, denial will not be based solely on the absence of maintenance records.

These warranties apply only to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands. Vehicles manufactured to other than United States' specifications, distributed by other than HMA and registered and normally operated outside the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, or the Commonwealth of the Northern Mariana Islands are entitled to service of the emission control systems on the basis of the warranty applicable to such other distribution country.

## CLAIMS PROCEDURE

To obtain warranty service under these warranties, the owner should return the vehicle to an authorized Hyundai dealership place of business during its normal service business hours, where such service will be performed at no charge for parts, labor, diagnosis and tax.

If an owner's warranty claim under the 2020 Federal Emission Performance Warranty is denied, HMA will provide the owner with a written explanation of why the claim was denied 1) within 30 days from the time you bring the car to a Hyundai dealership, or 2) within the time required by local, state, or federal law for the vehicle to be repaired without incurring further penalty, whichever is shorter.

Failure to provide an explanation within the 30-day period shall obligate HMA to remedy the nonconformity under the Federal Emission Performance Warranty except:

o  When delay is requested by the vehicle owner.
o  When delay is caused by factors beyond the control of HMA or authorized Hyundai Dealership.

If your Hyundai Dealership cannot repair your vehicle or process your claim within a reasonable time, please contact your Hyundai Customer Care Center for assistance: office for assistance.

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
1-800-633-5151
Consumeraffairs@hmausa.com


Further information can be obtained from and complaints registered with:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Division
Attn: Warranty Complaints
2000 Traverswood Drive
Ann Arbor, MI 48105
E-mail: complianceinfo@epa.gov

**CALIFORNIA EMISSION CONTROL WARRANTY STATEMENT**

**YOUR WARRANTY RIGHTS AND OBLIGATIONS**

The California Air Resources Board and Hyundai Motor America (HMA) are pleased to explain the California Emission  Control System Warranty on your 2020 Hyundai vehicle certified for sale in California.

In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. HMA must warrant the emission control system on your Hyundai vehicle for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your Hyundai vehicle.

Your emission control system includes parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies. Where a warrantable condition exists, HMA will repair your Hyundai vehicle at no cost to you including diagnosis, parts and labor.

**MANUFACTURER'S WARRANTY COVERAGE:**

1. For 5 years or 60,000 miles (whichever occurs first):
   - If your Hyundai vehicle fails a Smog Check inspection, all necessary diagnosis, repairs and adjustments will be made by HMA to ensure that your vehicle passes the inspection. This is your California Emission Control System PERFORMANCE WARRANTY.
   - If any emission-related part on your vehicle is defective, the part will be repaired or replaced by HMA. This is your short-term California Emission Control System DEFECT WARRANTY.
2. Long-term California Emission Control System DEFECT WARRANTY If an emission-related part listed in this Owner's Handbook on the Warranty Parts List specifically noted with coverage for "7 years or 70,000 miles" or "8 years or 80,000 miles" is defective, the part will be repaired or replaced by HMA. This is your long-term California Emission Control System DEFECT WARRANTY.
   o Specific emission components are covered for 7 years or 70,000 miles, whichever occurs first, see Page 40, NOTE1.
   o Specific emission components are covered for 8 years or 80,000 miles, whichever occurs first, see Page 40, NOTE2.

3. For 2020 Elantra and 2020 Sonata certified as a super ultra low emission vehicle (SULEV), 2020 Sonata Plug-in Hybrid, and 2020 Ioniq Plug-in Hybrid model certified as a transitional zero-emission vehicles, (TZEV) only, all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this Owner's Handbook on the Emission Warranty Parts List, are warranted for 15 years or 150,000 (excluding the Plug-in Hybrid Battery) whichever occurs first (for the states listed under the Warranty Jurisdiction (on page 39), See page 40, NOTE4.

Warranty Coverage for the 2020 Sonata Plug-in Hybrid Battery and 2020 Ioniq Plug-in Hybrid Battery, certified as a TZEV only, is warranted for 10 years or 150,000 miles and not 15 years 150,000 miles, whichever occurs first.

## OWNER'S WARRANTY RESPONSIBILITIES

As the Hyundai vehicle owner, you are responsible for the performance of the required maintenance listed in the Hyundai Owner's Manual. HMA recommends that you retain all receipts covering maintenance on your Hyundai vehicle, but HMA cannot deny emission warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your Hyundai vehicle to a Hyundai dealership as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time.

As the Hyundai vehicle owner, you should also be aware that HMA may deny your warranty coverage if your Hyundai vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Hyundai Customer Care Center at 1-800-633-5151 or the California Air Resources Board at 9528 Telstar Avenue, El Monte CA 91731.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

Specific emission parts are covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first.

## WARRANTY JURISDICTION

This warranty applies exclusively to vehicles manufactured to California specifications which are distributed by Hyundai Motor America and must be sold, registered and operated in the states of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.

Its coverage exists in addition to that of the Federal Emission Defect Warranty and the Federal Emission Performance Warranty.

NOTE1: The 15 years or 150,000 miles extended warranty applies to parts covered under the Performance and Defect Warranty, excluding the Plug-in Hybrid Battery, as listed in this Owner's Handbook to SULEV and TZEV-certified only vehicles sold, registered and operated in the listed states, under the Warranty Jurisdiction.

NOTE2: Warranty coverage for the Plug-in Hybrid Battery is 10 years or 150,000 miles and not 15 years or 150,000 miles, whichever occurs first.

**SPECIAL NOTE : According to Federal Regulations, your vehicle may also be eligible for additional warranty coverage under the Federal Emission Warranty. California requires minimum emission warranty coverage of the first 3 years or 50,000 miles of vehicle use, with coverage for the first 7 years or 70,000 miles for certain "high cost" emission related parts, determined by a California government specified formula.**

**Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and 8 years or 80,000 miles coverage for catalytic converters, the electronic engine control module (includes the onboard emissions diagnostic device).**

## WARRANTY PARTS LIST

The 5 years/60,000 miles California Emission Control System Defect Warranty covers any part that can affect emissions. Some of these consist of the following parts:

**Air Induction System**
    Air Cleaner Assembly
    Intake Manifold  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Kona 1.6T/2.0,Tucson 1.6T
    Surge Tank  *7/70: Palisade 3.8
    Turbocharger Assembly  *7/70: Elantra 1.4T/1.6T, Veloster 1.6T/N 2.0T, Kona 1.6T
                Sonata 1.6T/2.0T, Elantra GT 1.6T, Santa Fe 2.0T
    Intercooler Assembly  *7/70: Elantra 1.4T/ 1.6T, Veloster 1.6T/N 2.0T, Kona 1.6T
    EGR Cooler
    EGR Valve
    Map Sensor Assembly
    Active Air Flap & Duct Assembly
    EHRS Assembly
    EHRS WTR Hose & Tube
**Fuel Metering System**
    Coolant Temperature Sensor
    Air Flow Sensor
    Fuel Injectors
    Fuel Pump  *7/70: Elantra 1.4T/1.6T, Veloster 1.6T/2.0/N 2.0T, Palisade 3.8, Kona 1.6T,
                Santa Fe 2.0T, Tucson 1.6T
    High Pressure Pump  *7/70: Palisade 3.8, Elantra GT 2.0, Santa Fe 2.0T/2.4, Tucson 2.4
    HIGH Pressure Sensor
    Throttle Body
    Throttle Position Sensor
    Oxygen Sensor
    Engine Control Module  *8/80: All vehicles
    Knock Sensor
    Fuel Pressure Regulator
**Ignition System**
    Spark Plugs and Ignition Wires
    Camshaft Position Sensor
    Crankshaft Position Sensor
    Ignition Coil Assembly
**Catalyst and Exhaust System**
    Exhaust Manifold Catalytic Assembly  *8/80: All vehicles
    Exhaust Manifold  *7/70: Sonata 2.4, Palisade 3.8, Santa Fe 2.4, Tucson 2.0
    Catalytic Converter Assembly  *8/80: All vehicles
**Positive Crankcase Ventilation System**
    PCV Valve and Hose
**Auto Transmission System**
    Transmission Control Unit  *7/70: Elantra 1.4T, Veloster 2.0/1.6T, Palisade 3.8,
                Kona 1.6T, Santa Fe 2.0T/2.4
    Auto Transmission Fluid Warmer  *7/70: Elantra 1.6T/2.0

**Valve Timing System**
    Cylinder Head Assembly  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Kona 1.6T/2.0,
                    Sonata 1.6T/2.0T/2.4, Palisade 3.8, Elantra GT 1.6T/2.0
                    Santa Fe 2.0T/2.4, Tucson 1.6T/2.0/2.4
    Intake Valve  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 1.6T/2.0T/2.4,
                Kona 1.6T/2.0, Elantra GT 2.0/1.6T, Santa Fe 2.0T/2.4, Tucson 1.6T/2.0/2.4
    Exhaust Valve  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 1.6T/2.0T/2.4,
                Kona 1.6T/2.0, Elantra GT 2.0/1.6T, Santa Fe 2.0T/2.4, Tucson 1.6T/2.4
    Intake Camshaft Assembly  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 2.0T/2.4,
                Palisade 3.8, Kona 1.6T/2.0, Santa Fe 2.0T/2.4, Tucson 1.6T/ 2.4
    Exhaust Camshaft Assembly  *7/70:  Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N2.0T, Sonata 2.0T/2.4,
                Palisade 3.8, Kona 1.6T/2.0, Elantra GT 2.0, Santa Fe 2.0T/2.4, Tucson 1.6T/2.4
    Intake CVVT Assembly  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 2.0T/2.4, Palisade
                3.8, Kona 1.6T/2.0, Elantra GT 2.0 Santa Fe 2.0T/2.4, Tucson 1.6T/2.4
    Exhaust CVVT Assembly  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 2.0T/2.4,
                Palisade 3.8, Kona 1.6T/2.0, Elantra GT 2.0  Santa Fe 2.0T/2.4, Tucson 2.4
    Intake Oil Control Valve  *7/70: Elantra 1.4T
    Exhaust Oil Control Valve
**Evaporative Control System**
    Canister Assembly
    Canister Close Valve
    Purge Control Valve
    Fuel Tank Assembly  *7/70: Elantra 1.4T/1.6T/2.0, Veloster 1.6T/2.0/N 2.0T, Sonata 1.6T/2.0T/2.4,
                Palisade 3.8, Kona 1.6T/2.0 Santa Fe 2.0T/2.4, Tucson 1.6T/2.0/2.4
    Fuel Tank Pressure Sensor
    Fuel Filler Cap
    ORVR (Vent) Valve
    Rollover (Cut) Valve
    Thermostat Assembly
    Breather Hose Assembly
    Warmer Water Valve
**Charging System**
    Alternator
    Battery Sensor
    OAD
**Miscellaneous Items Used In Above Systems**
    Hoses, clamps, gasket or seals
    Wires, harnesses, connectors
    All sensors (switches, solenoids, valves) associated with the ECM
**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**  *8/80: All Vehicles
    Malfunction Indicator Light and Bulb
    Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*

**NOTE 1 :** Parts designated by "7/70" are warranted for 7 years or 70,000 miles, whichever occurs first under the Federal Emission Warranty
          Vehicles covered by the California Emission Control System Warranty are Covered by the Federal Emission Warranty
**NOTE 2 :** Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first under the Federal Emission Warranty
**NOTE 3 :** Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).
**NOTE 4 :** The above parts for an Elantra and Sonata certified as a super ultra low emission vehicle (SULEV); Sonata Plug-in Hybrid, and Ioniq Plug-in Hybrid vehicle, certified as a Transitional zero-emission vehicle (TZEV) only, are warranted for 15 years
          or 150,000 miles, whichever occurs first, under the California Emission Warranty (excluding the Plug-in Hybrid Battery). Please note: The Plug-in Hybrid Battery designated by "10/150" is warranted for 10 years or 150,000 miles, whichever
          occurs first, under the California Emission Warranty for specific 2020 model year Sonata Plug-in Hybrid vehicles, certified as a TZEV only, and not 15 years or 150,000 miles. The certified Change to TZEV vehicle must be sold, registered and
          operated in one of the following states: California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington.
**NOTE 5 :** Warranty coverage for the Hybrid, Plug-in Hybrid, and Electric Vehicle  System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid, Plug-in Hybrid, and Electric Vehicle System Warranty.

Some items are scheduled for replacement as part of the required maintenance for the vehicle.

Replacement of these items is warranted up to the first replacement interval or up to the limits of the applicable Emission Warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance chart in the Hyundai Owner's Manual). Any such part repaired or replaced under warranty shall be warranted for the remainder of the warranty period for that part.

If the failure of a warranted component causes damage to any other vehicle part, both parts will be covered by the Emission Warranties.

## WARRANTY START DATE:

The above-mentioned warranty periods shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company car prior to sale at retail, on the date the vehicle is first placed in such service.

## WHAT IS NOT COVERED

THE CALIFORNIA EMISSION CONTROL SYSTEM DEFECTS WARRANTY AND THE CALIFORNIA EMISSION CONTROL SYSTEM PERFORMANCE WARRANTY SHALL NOT APPLY TO:

- Malfunctions in any part directly caused by abuse, misuse, modification, improper adjustment except those done by a dealership during warranty service work, alterations, tampering, disconnections, improper or inadequate maintenance, neglect or use of leaded gasoline or other fuels not recommended in the Hyundai Owner's Manual.
- Damage resulting from an accident or an Act of God.
- Any vehicle on which the odometer reading has been altered so that actual mileage cannot be readily determined.
- Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
- Parts or accessories used in applications for which they were not designed or not approved for use on the vehicle by HMA.
- Parts not supplied by HMA or damage to other parts caused directly by non-Hyundai parts or non-equivalent parts.
- The charge for diagnostic labor which does not lead to the determination that a warrantable condition exists.

- INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding emissions systems defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damage, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

### REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance, repair or replacement of the emission control system be parts supplied by HMA.

Maintenance, repair or replacement of the emission control system may be performed by any qualified automotive repair facility or individual, using parts other than Hyundai Genuine Parts without invalidating this warranty.

However, the cost of such maintenance and parts will not be covered under this warranty unless it is an "Emergency Repair" situation (Refer to "Emergency Repair" for definition of emergency repair situation).

Use of replacement parts which are not equivalent in quality to Hyundai Genuine Parts may impair the effectiveness of the emission control system. You should make sure such parts are warranted by their manufacturer to be equivalent in design and quality to Hyundai supplied parts. HMA assumes no liability under this warranty for any vehicle damage caused by a defect in any such parts.

### OBTAINING WARRANTY SERVICE

To obtain warranty service, you must return your Hyundai vehicle to any authorized Hyundai dealership in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington during its normal service business hours, where such service will be performed.

When failing a Smog Check test, an authorized Hyundai dealership may ask the owner to provide proof that the required maintenance was performed when the dealership has reason to believe that the required maintenance;

- o Was not performed and
- o If not performed, may be the cause for the particular vehicle exceeding applicable emission standards.

For a Smog check test failure, if your Warranty Claim under the 2020 California Emission Control Systems Limited Warranties is denied, HMA or its dealership will provide you with a written explanation of why the claim was denied within 30 days from the time you bring the car to a Hyundai dealership.

If the authorized Hyundai Dealership does not notify the vehicle owner within 30 days that a warrantable condition does not exist, then HMA will repair the vehicle free of charge, unless:

- o The delay is requested by you, the Hyundai vehicle owner, or
- o The delay is caused by factors beyond the control of HMA or an authorized Hyundai dealership.

The lack of availability of warranted parts within 30 days shall constitute an emergency situation (see EMERGENCY REPAIR).

### EMERGENCY REPAIR

In an emergency, where an authorized Hyundai dealership is not reasonably available, warranty repairs may be made at any available service facility, or by the owner using any replacement part. A repair not being completed within 30 days also constitutes an emergency.

HMA will reimburse you for your expenses including diagnostic charges, for repairs covered by this warranty, for parts at HMA's suggested retail price, and for labor at a geographically appropriate labor rate per HMA's recommended time allowance. For reimbursement, present all replaced parts and a copy of your paid receipt to any authorized Hyundai dealership. HMA assumes no liability for the workmanship of the repair facility.

## CALIFORNIA VEHICLE INSPECTION PROGRAM

If your 2020 Hyundai vehicle fails to pass a Smog Check test after a period of use of 5 years or 60,000 miles, but before a period of use of 8 years or 80,000 miles, whichever occurs first, you may choose to have your vehicle repaired at an authorized Hyundai dealership or another service facility.

In the event that the Hyundai dealership or determines that the smog check failure was caused by the failure or malfunction of a part listed in this Owner's Handbook specially noted with coverage for 8 years or 80,000 miles, then your Hyundai vehicle will be repaired under this limited warranty at no expense to you, unless the part failure or malfunction was caused by abuse, neglect, or improper maintenance.

However, if the authorized Hyundai dealership determines that the smog check failure was directly caused by abuse, neglect, or improper maintenance, then you will be responsible for all diagnostic and repair costs related to detecting and repairing your Hyundai vehicle so it will pass the Smog Check test. If you choose to have your Hyundai vehicle repaired at a service facility other than an authorized Hyundai dealership, HMA will not be liable for any diagnostic and repair expenses, except where such repair is necessary by reason of an emergency.

If your Hyundai vehicle is determined to fail the Smog Check test by such service facility, you may deliver your Hyundai vehicle to an authorized Hyundai dealership and have it repaired free of charge in accordance with this warranty.

## OBTAINING WARRANTY SERVICE

In the event of a Claim, you must return your vehicle to an authorized Hyundai dealership for examination and approval by Hyundai prior to any repair or replacement.

Warranty service will be provided by authorized Hyundai dealership without charge for parts or labor.

**WHAT IS COVERED**

Warranty coverage is for repair or replacement of any Hyundai Genuine Replacement Part or Accessory supplied from Hyundai Motor America which is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered."

Repairs are to be performed using New Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

Parts/Accessories that were sold and installed by an Authorized Hyundai Dealership will be repaired or replaced without charge for parts/accessories and labor. If the parts/accessories were not originally installed by an Authorized Hyundai Dealership, they will be repaired or replaced without charge for parts/accessories, but labor charges will not be covered.

INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

**REPLACEMENT PART WARRANTY PERIOD**

The Replacement Parts Limited Warranty period is limited to 1 year from the date of installation, or twelve thousand (12,000) miles of service, whichever occurs first, for Hyundai Genuine replacement parts supplied by HMA and purchased from and installed by an authorized Hyundai dealership. Parts replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty or California Emission Control Systems Warranty, are warranted for the remainder of the applicable warranty which the part was previously replaced under.

Certain Emission Control System items require scheduled replacement as part of the scheduled maintenance of the vehicle (i.e. spark plugs). Replacement of these items is warranted in normal service up to the first replacement interval only (Refer to the Hyundai Owner's Manual and its scheduled maintenance section). Genuine Hyundai Parts and Accessories supplied by HMA and purchased from an authorized Hyundai dealership, but not installed by an authorized Hyundai dealership, are covered for twelve (12) months from the date of purchase from the authorized Hyundai dealership.

## ACCESSORY WARRANTY PERIOD

A Hyundai Genuine accessory installed by an authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered under the New Vehicle Limited Warranty and is limited to 1 years from the date of original retail delivery or date of first use, or unlimited miles, whichever occurs first.

A Hyundai Genuine accessory purchased over-the-counter is warranted for 1 year/unlimited mileage.

An air conditioning system installed by an authorized Hyundai dealership is covered for 1 year or twelve thousand (12,000) miles, whichever occurs first, or the remainder of the New Vehicle Limited Warranty, whichever is greater, from the date of installation. An AM/FM radio, air conditioning system, Bluetooth or navigational system purchased over the counter is warranted for 1 year/unlimited mileage. AM/FM radio, navigational system, and Bluetooth are covered for 1 year/unlimited mileage if purchased and installed after the vehicle has been retailed or placed into service.

## OWNER'S RESPONSIBILITIES AND OBLIGATIONS

* Proper use, maintenance, and care of the vehicle (part) in accordance with the instructions contained in the Hyundai Owner's Manual.
* Retention of maintenance service records. It may be necessary for the customer to demonstrate and prove that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Retention of the customer's copy of the original repair order or original part counter sales receipts. The repair order or sales slip receipt will state the date of the parts sale. For parts originally installed by an authorized Hyundai dealership, the repair order must also state the mileage of the vehicle at the time of original replacement.
* Delivery of the part or accessory and supporting documentation indicating the date and, if applicable, mileage at time of purchase and installation during regular parts and/or service hours to any authorized Hyundai dealership to obtain warranty service.

**WHAT IS NOT COVERED**

* Normal maintenance services of parts or accessories such as: cleaning, adjustment or replacement (i.e. spark plugs that are oil fouled, lead fouled, or which fail due to the use of low grade or contaminated fuel).
* Parts or accessories that fail due to abuse, misuse, neglect, alteration or accident, or which have been improperly lubricated or repaired.
* Parts or accessories used in applications for which they were not designed or not approved by HMA.
* Failures due to normal wear.
* Failures caused by non-Hyundai parts.
* Any vehicle on which the odometer reading has been altered so that mileage cannot be accurately determined.
* Any part previously replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty or California Emission Control Systems Warranty.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES ASSOCIATED WITH A VEHICLE FAILURE, INCLUDING WITHOUT LIMITATION LOSS OF TIME; INCONVENIENCE; COST OF TRANSPORTATION; TELEPHONE CALLS AND LODGING; LOSS OF PERSONAL OR COMMERCIAL PROPERTY; LOSS OF PAY OR REVENUE; AND LOSS OF USE OF THE VEHICLE, ARE NOT COVERED UNDER THIS WARRANTY.

* The duration of any implied warranties, including those of MERCHANTABILTY and FITNESS FOR A PARTICULAR PURPOSE, are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitations of incidental or consequential damages, so the limitation or exclusions set forth regarding this limited warranty may not apply to the owner.

NOTE:
Vehicles which contain non-Hyundai Genuine parts, or which have been misused, or improperly maintained, will not have the coverage under the Replacement Parts and Accessories Limited Warranty denied, unless the non-Hyundai Genuine part, the misuse, or the improper maintenance directly caused or contributed to the subsequent problem.

**OBTAINING WARRANTY SERVICE**

Warranty Service will be provided by any authorized Hyundai dealership.



MEMO



MEMO

USA

Printing : Sep. 16, 2019
Publication No. : NAALL-190911
Printed in Korea