# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JOVITA SANDOVAL CERVANTES aka JOVITA SANDOVAL and ALICIA PEREZ,**

**Plaintiffs,**

 **v.**

**HYUNDAI MOTOR AMERICA, a California Corporation; and DOES 1 through 10, inclusive,**

**Defendants.**

**CASE NO** : CV 22-5923-DMG (JCx)

**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [22]**

    The Joint Stipulation [Doc. # 22] is APPROVED.  The entire action is hereby dismissed with prejudice.

    IT IS SO ORDERED.

DATED: December 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE